UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SHIVA STEIN, | * | |
| *Plaintiff* | * | No. 1:19-cv-03625-CCB |
| v. | * | |
| MutualFirst Financial, Inc., *et al.*, | * | |
| *Defendants.* | * | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Shiva Stein ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified.

DATED: March 6, 2020

Respectfully submitted,

**GOLDMAN & MINTON, P.C.**

**OF COUNSEL:**

Gloria Kui Melwani
**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP**
270 Madison Avenue
New York, New York 10016
Telephone: 212-545-4600
Facsimile: 212-686-0114
Email: melwani@whafh.com

By: *Thomas J. Minton*
Thomas J. Minton (Bar No. 03370)
3600 Clipper Mill Road, Suite 201
Baltimore, MD 21211
Telephone: (410) 783-7575
Fascimile: (410) 783-1711
Email: tminton@charmcitylegal.com

*Attorneys for Plaintiff*

Approved. Case closed.
CCB
USDJ 3-9-20